AFFIDAVIT OF ASMAA AL QASSI

Under penalty of perjury I swear that the following is true and correct.

1. My name is Asmaa Al Qassai
2. I am a Qatari national.
3. My husband is HAIMAN BAKIR SUDKI ABDULHAMEED
4. My daughter is IMAN HAIMAN BAKIR SUDKI a
5. My family won the diversity lottery and were granted visas to enter the United States on August 31, 2016.
6. We boarded a plane to JFK from Doha, Qatar on January 27, 2017.
7. We arrived at JFK on January 28, 2017.
8. When we arrived we were detained for 12 hours.
9. I was ultimately released because I am Qatari.
10. However, because my husband and daughter are Iraqis, they remained detained.
11. I was informed that they would be sent back to Qatar on a flight at 9:30 pm.

I swear or affirm that the foregoing is true and correct.


/s/ Asmaa Al Qassi

Sworn before me this 28th day of January 2017

Sherief Gaber
Notary Public
My commission expires 11/28/2020
Register number: 02GA6351305