# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

ASMAA ALQAISSI, HAIMAN BAKIR
SUDKI ABDULHAMEED AND IMAN
HAIMAN BAKIR SUDKI

    *Petitioners*,

v.

DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,

    *Respondents*.

Case No. 17-cv-00487

**NOTICE OF MOTION**

Date: January 29, 2017

**PLEASE TAKE NOTICE** that, upon Declaration of Tahanie A. Aboushi, Esq. dated January 29, 2017, and the memorandum of law dated January 29, 2017, and upon all prior pleadings herein, Petitioners ASMAA ALQAISSI, HAIMAN BAKIR SUDKI ABDULHAMEED AND IMAN HAIMAN BAKIR SUDKI will move this Court at the United States District Court for the Easter District of New York, located at 225 Cadman Plaza East Brooklyn, New York 11201 at a date and time to be determined by the Court, for a decision and order granting an Emergency Preliminary Injunction and a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure.

DATED: NEW YORK, NEW YORK
         January 29, 2017

                                       Respectfully submitted,

                                       THE ABOUSHI LAW FIRM, PLLC.
                                       /s/
                                       By: Tahanie A. Aboushi, Esq.

1441 Broadway, Suite 5036
New York, New York 10018
Telephone: (212) 391-8500
Facsimile: (212) 391-8508

TO: SCOTT DUNN, ESQ.
Scott.Dunnn@usdoj.gov