UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 30 2017 ★

BROOKLYN OFFICE

-------------------------------------------------------X

ASMAA ALQAISSI, HAIMAN BAKIR
SUDKI ABDULHAMEED AND IMAN
HAIMAN BAKIR SUDKI

  *Petitioners,*

v.

DONALD TRUMP, President of the United
States; U.S. DEPARTMENT OF
HOMELAND SECURITY ("DHS"); U.S.
CUSTOMS AND BORDER PROTECTION
("CBP"); JOHN KELLY, Secretary of DHS;
KEVIN K. MCALEENAN, Acting
Commissioner of CBP; and JAMES T.
MADDEN, New York Field Director, CBP,

  *Respondents.*

-------------------------------------------------------X

Case No. 17-cv-00487

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

Date: January 29, 2017

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Petitioners, ASMAA ALQAISSI, HAIMAN BAKIR SUDKI ABDULHAMEED AND

IMAN HAIMAN BAKIR SUDKI and their counsel hereby give notice that Petitioners

collectively voluntarily dismiss their claims against Respondents without prejudice.

DATED: NEW YORK, NEW YORK
January 29, 2017

Respectfully submitted,

THE ABOUSHI LAW FIRM, PLLC.
/s/
By: Tahanie A. Aboushi, Esq.
*Attorney for Petitioners*
1441 Broadway, Suite 5036
New York, New York 10018
Telephone: (212) 391-8500
Facsimile: (212) 391-8508

TO: SCOTT DUNN, ESQ
Scott.Dunn@usdoj.gov
*Attorney for Respondent*

So Ordered.

s/Roslynn R. Mauskopf
USDJ
1/30/2017